UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ANNIE HAMILTON BROWN  
      162 REEVES DR  
      HAYNEVILLE, AL 36040

CASE NO: 16-30688-DHW

Soc. Sec. No. XXX-XX-2663  
      Debtor.

## AMENDED
## INCOME WITHHOLDING ORDER

TO: HICKORY HILL  
    ATTN PAYROLL  
    2102 SUMMIT PKWY  
    PRATTVILLE, AL 36066

    The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

    ORDERED that HICKORY HILL withhold from the wages, earnings, or other income of this debtor the sum of **$161.00 BI-WEEKLY** and remit all such funds withheld to:

        CHAPTER 13 TRUSTEE  
        16-30688-DHW ANNIE HAMILTON BROWN  
        P O BOX 613108  
        MEMPHIS TN 38101-3108

    The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

    This Order continues in force and effect until further Order of this court.

    Done Friday, October 7, 2016.

cc: Debtor  
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge