UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  Case No.16-30688-DHW
ANNIE HAMILTON BROWN  Chapter 13
162 REEVES DR
HAYNEVILLE, AL 36040

Debtor
SSN: XXX-XX-2663

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

HICKORY HILL
ATTN PAYROLL
2102 SUMMIT PKWY
PRATTVILLE, AL  36066

The above employer is authorized to pay all future wages to the debtor.

Done this Thursday, July 20, 2017.

*/s/ Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge

**CC:**  ANNIE HAMILTON BROWN